758

No. 605. GUTH *v.* GROVES ET AL., February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Sidney A. Syme, Thomas H. Matters, Jr.,* and *Donald Horne* for petitioner. *Mr. Albert R. Connelly* for respondents.

No. 612 SCHLUMBERGER WELL SURVEYING CORP. *v.* HALLIBURTON OIL WELL CEMENTING Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Mitchell, Worthington Campbell,* and *Brady Cole* for petitioner. *Messrs. Frederick S. Lyon, Leonard S. Lyon,* and *Ben F. Saye* for respondent.

No. 618. ARKANSAS FUEL OIL Co. *v.* MAGRATH OIL Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Chambliss, Jr.* for petitioner. *Mr. Fred M. Williams* for respondent.

No. 638. NULSEN, EXECUTOR, *v.* NATIONAL LEAD Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard S. Bull* for petitioner. *Mr. Thomas Bond* for respondent.

No. 652. HALFERTY ET AL., DOING BUSINESS AS HALFERTY BROTHERS, ET AL. *v.* HAWKEYE CASUALTY Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*